# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTRY MUTUAL INSURANCE COMPANY,** *et al.*, <br> *Plaintiffs,* <br> v. <br><br> **THE HOME DEPOT, INC.,** <br> *Defendant.* | **CIVIL ACTION** <br><br> **No. 18-3464** |

## ORDER

**AND NOW**, this 2nd day of **August 2019**, upon an independent review of the record and upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Plaintiffs' Response thereto (ECF No. 25), and Defendant's Reply (ECF No. 26) and after oral argument and in conjunction with the Court's accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 24) is **GRANTED**. Accordingly, Plaintiffs' Complaint is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this mater.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**